| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| | Officer: Jesse S. Weinberger | Telephone: (313) 771-6588 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

v.

Rene ROBLERO-MENDEZ,

Case No. 2:25-mj-30229
Judge: Unassigned,
Filed: 04-14-2025 At 03:27 PM
CMP USA V. RENE ROBLERO-MENDEZ (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 4, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about April 4, 2025, in the Eastern District of Michigan, Southern Division, Rene ROBLERO-MENDEZ, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about June 10, 2016, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Jesse S. Weinberger, Deportation Officer DHS
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: April 14, 2025

*Judge's signature*

City and state: Detroit, MI

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

Save    Print

# AFFIDAVIT

I, Jesse S. Weinberger, declare the following under penalty of perjury:

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Deportation Officers and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Rene ROBLERO-MENDEZ, which attests to the following:

2. ROBLERO-MENDEZ is a 35-year-old male, native and citizen of Mexico, who last entered the United States at an unknown place, on an unknown date without being admitted, inspected or paroled by an Immigration Officer.

3. On October 09, 2007, the U.S. Border Patrol encountered ROBLERO-MENDEZ in an Arizona Border Patrol Sector after entering the United States illegally. The U.S. Border Patrol returned him to Mexico via Voluntary Return on the same day.

4. On March 31, 2016, the U.S. Border Patrol encountered ROBLERO-MENDEZ in an Arizona Border Patrol Sector after entering the United States illegally. He was processed as an Expedited Removal.

5. On April 02, 2016, ROBLERO-MENDEZ was removed from the United States to Mexico via Calexico, CA.

6. On April 14, 2016, the U.S. Border Patrol encountered ROBLERO-MENDEZ in an Arizona Border Patrol Sector after entering the United States illegally. He was processed as a Reinstatement of Deportation Order.

7. On April 15, 2016, ROBLERO-MENDEZ pleaded guilty to 8 U.S.C. §1325(a)(1), Illegal Entry in the United States District Court, District of Arizona. ROBLERO-MENDEZ was sentenced to a term of sixty days with credit for time served.

8. On June 10, 2016, ROBLERO-MENDEZ was removed from the United States to Mexico via San Luis, AZ.

9. On December 14, 2021, the U.S. Border Patrol encountered ROBLERO-MENDEZ in a New Mexico Border Patrol Sector after entering the United States illegally. The U.S. Border Patrol returned ROBLERO-MENDEZ to Mexico on the same day.

10. On December 21, 2021, the U.S. Border Patrol encountered ROBLERO-MENDEZ in a New Mexico Border Patrol Sector after entering the United States illegally. The U.S. Border Patrol returned him to Mexico on the same day.

11. On April 4, 2025, while conducting surveillance on a targeted alien (ROBLERO-MENDEZ) with an approved Field Operation Worksheet, the ICE ERO Officers with the Detroit ICE Field Office, along with Detroit HSI agents, observed one male subject matching the description of the targeted alien enter a vehicle near the target's last known address. Three other individuals entered the vehicle as well. The vehicle left the address, and the ICE Team initiated a traffic stop on the vehicle at or near 28680 Mound Rd, Warren, MI. ROBLERO-MENDEZ was a passenger in the vehicle. He freely admitted that he illegally re-entered the United States sometime in 2021, near El Paso, Texas. ROBLERO-MENDEZ stated he is single, with children who reside in Mexico.

12. ROBLERO-MENDEZ's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that ROBLERO-MENDEZ is a citizen of Mexico who has been previously removed from the United States. The record checks did not provide any evidence that ROBLERO-MENDEZ legally entered the United States or had been issued any legal immigration document to allow him to enter or remain in the United States.

13. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

14. Review of the Alien File (A# 208 582 459) for Rene ROBLERO-MENDEZ and queries in U.S. Immigration and Customs Enforcement computer databases confirm no record exists of him obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on June 10, 2016.

15. Based on the above information, I believe there is probable cause to conclude that Rene ROBLERO-MENDEZ is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a)(1).

Jesse S. Weinberger, Deportation Officer
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Elizabeth Stafford
United States Magistrate Judge

3